
**CT Corporation**

**Service of Process Transmittal**
10/13/2010
CT Log Number 517429138

**TO:** Bruce Himmelreich, SR. CSL.
Cameron International Corporation
1333 West Loop South Suite 1700
Houston, TX 77027-

**RE:** **Process Served in Louisiana**

**FOR:** Cameron International Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Darrell L. Reed, Pltf. vs. BP, PLC, et al. including Cameron International Corporation, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 25th Judicial District Court, Parish of Plaquemines, LA<br>Case # 58-201 |
| **NATURE OF ACTION:** | Personal Injury - On 04/20/2010 pltf. sustained injuries from the explosion on the Deepwater Horizon |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/13/2010 at 08:25 |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | James C. Klick<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>504-581-4892 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/13/2010, Expected Purge Date: 10/18/2010<br>Image SOP<br>Email Notification, Bruce Himmelreich bruce.himmelreich@c-a-m.com<br>Email Notification, Jennifer Ferratt jennifer.ferratt@c-a-m.com<br>Email Notification, Veronica Sheives veronica.sheives@c-a-m.com<br>Email Notification, Ina Calvano ina.calvano@c-a-m.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / JC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

A

| | CITATION | FOR SERVICE |
|---|---|---|

DARRELL L REED

Versus

BP PLC ET AL



Case: 00058201
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON
CORPORATION
THROUGH ITS REGISTERED AGENT
CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Friday, October 08, 2010.

Req. By:
JAMES C KLICK
(504) 581-4892
ATTY FOR PLAINTIFF

_Judy Holmes_
Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $ _____
                          By: _____
Mileage    $ _____          Deputy Sheriff

Total      $ _____

[ ORIGINAL ]

25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 58-201                                                      DIVISION "B"

DARRELL L. REED

versus

BP, PLC, BP PRODUCTS NORTH AMERICA, INC.,
BP AMERICA, INC., HALIBURTON ENERGY SERVICES, INC., CAMERON
INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION,
WEATHERFORD INTERNATIONAL, INC., AND/OR WEATHERFORD
INTERNATIONAL, LTD ANADARKO PETROLEUM CO., LTD., CORP., MOEX
OFFSHORE - 2007 LLC, and ART CATERING, INC.

FILED

OCT 0 8 2010

FILED: _____       /s/ JUDY S. HODNETT
                                      DEPUTY CLERK

PETITION FOR DAMAGES

The Petition for Damages of Darrell L. Reed, a person of the full age of majority, and a resident and domiciliary of Lecompte, Rapides Parish, Louisiana, respectfully represents, as follows, to-wit:

1.

Made defendants herein are:

A. **BP, PLC** ("BP"), a foreign corporation authorized to do and doing business in the State of Louisiana;

B. **BP PRODUCTS NORTH AMERICA, INC.** ("BP Products"), a foreign corporation authorized to do and doing business in the State of Louisiana;

C. **BP AMERICA, INC.** ("BP America"), a foreign corporation authorized to do and doing business in the State of Louisiana;

D. **HALIBURTON ENERGY SERVICES, INC.**, hereinafter referred to as "Haliburton," a foreign corporation doing business in the State of Louisiana and within this district;

E. **CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION**, hereinafter referred to as "Cameron," a foreign corporation doing business in the State of Louisiana and within this district;

F. **WEATHERFORD INTERNATIONAL, INC., AND/OR WEATHERFORD INTERNATIONAL, LTD**, a foreign corporation authorized to do and doing business in this state and judicial district.

G. ANADARKO PETROLEUM CO., LTD., CORP., is a foreign corporation doing business in the State of Louisiana and/or in state and/or federal waters off the coast of Louisiana in this district. Upon information and belief, Anadarko has a twenty-five (25%) percent interest in the oil and gas exploration project in the Gulf of Mexico with BP, thus as a joint venturer, partner, and co-owner of the well which exploded shares responsibility and liability with BP.

H. MOEX OFFSHORE - 2007 LLC (hereinafter referred to as "MOEX"), a foreign corporation authorized to and doing business in this state and judicial district. Upon information and belief, MOEX has a ten (10%) percent interest in the oil and gas exploration project in the Gulf of Mexico with BP, thus as a joint venturer, partner, and co-owner of the well which exploded shares responsibility and liability with BP.

I. ART CATERING, INC., hereinafter referred to as "Art Catering," a Louisiana corporation with its principle place of business in Plaquemines, Louisiana.

2.

Jurisdiction is proper because Defendant, ART CATERING, INC, is a Louisiana corporation with its principle place of business in Plaquemines, Louisiana.

3.

The defendants, are justly and truly indebted unto plaintiff, Darrell L. Reed, jointly, severally and *in solido*, for the following reasons, to-wit:

4.

At all material times, plaintiff Darrell L. Reed was employed by ART CATERING as a Jones Act seaman and plaintiff invokes the "savings to suitors" clause.

5.

Plaintiff was permanently assigned to the DEEPWATER HORIZON offshore drilling vessel as a seaman and member of the crew.

6.

DEEPWATER HORIZON was in navigation in the Gulf of Mexico, using sophisticated propulsor/navigation system, and was owned and/or operated and/or chartered and/or controlled by TRANSOCEAN and/or BP at all material times herein.

7.

On or about April 20, 2010, plaintiff, Darrell L. Reed, was an employee of ART CATERING on board the DEEPWATER HORIZON when suddenly and without warning, at approximately 10 p.m. on April 20, 2010, an explosion occurred on DEEPWATER HORIZON.

8.

The explosion violently threw the plaintiff, Darrell L. Reed, approximately sixteen feet down a hall on a second floor walkway. Plaintiff was unconscious for a few moments before an unidentified crewman helped him up. With debris in his eyes, Plaintiff was then forced to evacuate the burning vessel, traversing smoke-filled galley-ways, various compartments and/or decks aboard the vessel until he reached the evacuation craft. Chaos reigned during this evacuation as flames continued to bellow, personnel feared for their lives, crying, and threats to jump into the dark waters below to escape the burning inferno. Plaintiff witnessed, observed, participated, and felt this. He was traumatized by it. Plaintiff was able to evacuate by evacuation craft to the DAMON B. BANKSTON.

9.

As a result, plaintiff, Darrell L. Reed, sustained the following injuries:

A. Cuts and bruises on his body;

B. Severe trauma and shock;

C. Aggravation of pre-existing psychiatric condition; and

D. Post traumatic stress disorder.

E. General soreness throughout the body.

10.

As a result of the trauma of the foregoing events, plaintiff is also suffering from serious emotional and/or psychological problems, including, but not limited to, the following:

A. Anxiety;

B. Restlessness;

C. Nightmares;

D. Post-traumatic stress;

E. Depression; and

F. Aggravation of pre-existing psychiatric condition.

11.

Plaintiff, Darrell L. Reed, was at all times pertinent hereto ordered to be and performing his duties and functions as instructed and obliged to perform pursuant to directives of defendants, ART CATERING and/or BP.

12.

The accident was caused by no fault of plaintiff and was caused solely by the negligence of defendants, as more particularly set forth herein.

13.

At all times pertinent hereto, the vessel DEEPWATER HORIZON on which the explosion occurred was owned, navigated in navigable waters, manned, possessed, managed, controlled, chartered and/or operated by defendant, BP.

14.

The explosion which caused plaintiff's injuries occurred as a result of the negligence of defendants. These acts of negligence render the defendants liable to plaintiff pursuant to the provisions of 46 U.S.C. § 688 and/or the general maritime law for negligence.

15.

BP, BP Products and BP America (collectively "BP") are the holders of a lease granted by the Minerals Management Service that allows BP to drill for oil and perform oil-production-related operations at the site of the and oil spill, and on April 20, 2010 operated the oil well that is the source of the oil spill.

16.

Upon information and belief, Cameron manufactured and/or supplied the Deepwater Horizon's blow-out-preventers ("BOP") that failed to operate upon the explosion, which should have prevented the oil spill. The BOP's were defective because they failed to operate as intended. As such, Cameron is liable to Plaintiff pursuant to the Louisiana Products Liability Act in addition to being liable for its negligence.

17.

Halliburton was engaged in cementing operations of the well and well cap and, upon information and belief, improperly and negligently performed these duties, increasing the pressure at the well and contributing to the fire, explosion and resulting oil spill.

18.

Weatherford International, Inc., and/or Weatherford International, Inc., LTD, was engaged in the casing operations of the well and, upon information and belief, improperly and negligently performed these duties, contributing to the fire, explosion, and resulting oil spill.

19.

Anadarko Petroleum Corp. and MOEX Offshore - 2007 LLC , are non-operating investors who maintain 25% and 10% respective ownership in the well and are solidarily liable with co-defendants pursuant to the Operating Agreement with the BP defendants.

20.

Plaintiff seeks recovery against the defendants for their wrongful conduct, including gross, reckless, and wantom conduct, solely under the general maritime law and as a Jones Act seaman and member of the crew of the DEEPWATER HORIZON vessel.

21.

Plaintiff, Darrell L. Reed, demands that defendant, ART CATERING, provide him with maintenance and cure benefits until such time as he reaches "maximum medical cure," as determined by his treating physician. Plaintiff demands that maintenance be instituted in the amount of $60.00 per day from the date of his injury.

22.

The above-described incidents were caused solely by the negligence of defendants through their agents, servants and employees, which are more particularly described as follows:

  A. Negligent failure to properly perform the operation ongoing at the time of the accident/explosion in question;

  B. Negligent failure to take all appropriate precautions to avoid an accident and explosion of the kind which occurred;

  C. Negligent failure to have all proper equipment and gear necessary to perform the job being performed at the time of the accident and explosion in a safe manner;

D. Negligent failure to keep the equipment on board the vessel in proper condition and repair;

E. Negligent failure to properly inspect the rig and all of its equipment and gear;

F. Negligent failure to have sufficient number of properly trained and qualified personnel to perform the job in a safe manner being performed at the time of the accident and explosion;

G. Failing to follow the recommendations of employees to avoid possible blowout;

H. Negligent violation of government and industry rules, regulations and standards;

I. Acting in a grossly negligent, reckless, willful and wanton manner with respect to the ownership and operation of the rig, the operation which was ongoing at the time of the accident and explosion with respect to Darrell L. Reed;

J. Other acts of negligence and fault which may be shown through discovery or at trial; and

K. Generally, the failure to act with the required degree of care commensurate with the existing situation.

23.

In the further alternative, plaintiff, Darrell L. Reed, reiterating and realleging each and every allegation set forth above as though set forth herein *in extensio*, avers the applicability of the doctrine of Res Ipsa Loquitur.

24.

As a result of the above-described negligence, plaintiff, Darrell L. Reed, is entitled to recover the following damages:

A. Physical and mental injury, pain and suffering, mental anguish and distress and fright;

B. Loss of earnings, past and future;

C. Loss of earning capacity;

D. Loss of enjoyment of life;

E. Mental anguish, grief, profound depression, anxiety and suffering;

F. Medical and related expenses, past and future;

G. Punitive or exemplary damages;

H. Other items of damage which may be shown through discovery or at trial;

I. All appropriate general and equitable relief;

J.  Prejudgment interest on all sums awarded from date of loss until paid;

K.  Post-judgment on all sums awarded from date of judgment until paid; and

L.  All court costs and litigation costs allowed by law.

25.

The defendants' conduct was reckless and egregious in complete disregard of the safety of plaintiff and are therefore liable for punitive damages.

### PRAYER FOR RELIEF

WHEREFORE plaintiff, DARRELL L. REED, prays that after due proceedings are had, there be judgment in his favor and against the defendants, BP, PLC, BP PRODUCT NORTH AMERICA, INC, BP AMERICA, INC., HALIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION, ANADARKO PETROLEUM CO., LTD., CORP., MOEX OFFSHORE - 2007 LLC, and ART CATERING, INC., jointly, severally and in solido, for compensatory, punitive, exemplary and other appropriate damages, with legal interest thereon from date of loss until paid, for all costs of this proceeding. Plaintiff also prays for all other relief as may be just and equitable in the premises.

Respectfully submitted,

HERMAN, HERMAN, KATZ & COTLAR, LLP

_____
SOREN E. GISLESON – #26302
JAMES C. KLICK - #7451
STEVE J. HERMAN – #23129
JOSEPH E. CAIN – #29785
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
www.hhkc.com

AND

A TRUE COPY
Dy. Clerk of Court
Parish of Plaquemines, La.

7

THE KNOLL LAW FIRM, LLC
JEROLD EDWARD KNOLL - #2214
JEROLD EDWARD KNOLL, JR. - #26956
EDMOND H. KNOLL - #29046
P.O. Box 426
233 South Main Street
Marksville, Louisiana 71351
Telephone: (318) 253-6200
Facsimile: (318) 253-4044

**PLEASE SERVE:**

1. BP, PLC – VIA LONG ARM SERVICE
   501 Westlake Park Blvd.
   Houston, Texas 77079

2. BP PRODUCTS NORTH AMERICA, INC.
   Through its registered agent
   The Prentice – Hall Corp. Sys., Inc.
   320 Somerulos Street
   Baton Rouge, Louisiana 70802

3. BP AMERICA, INC.
   Through its registered agent
   CT Corp. Sys.
   5615 Corporate Blvd., Ste. 400(B)
   Baton Rouge, LA 70808

4. HALIBURTON ENERGY SERVICES, INC.
   Through its Registered Agent:
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

5. CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION
   Through its Registered Agent:
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

6. ANADARKO PETROLEUM CO., LTD., CORP.
   Through its agent for service of process
   The Corporation Trust Company
   1209 Orange Street
   Wilmington, Delaware 19801

7. MOEX OFFSHORE - 2007 LLC
   Through its agent for service of process:
   The Corporation Trust Company
   1209 Orange Street
   Wilmington, Delaware 19801

8. ART CATERING, L.L.C.
   Through its registered agent for service of process

8

Brenda J. Hingle
132 Jarrell Road
Belle Chasse, LA 70037

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARREL L. REED, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> BP, PLC; BP PRODUCTS NORTH § <br> AMERICA, INC.; BP AMERICA, INC.; § <br> HALLIBURTON ENERGY SERVICES, § <br> INC.; CAMERON INTERNATIONAL § <br> CORPORATION f/k/a COOPER § <br> CAMERON CORPORATION; § <br> WEATHERFORD INTERNATIONL, § <br> INC.. AND/OR WEATHERFORD § <br> INTERNATIONAL, LTD; ANADARKO § <br> PETROLEUM CO.,  LTD, CORP.; § <br> MOEX OFFSHORE --2007 LLC; § <br> ART CATERING, INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. <br><br> SECTION " " <br><br> DIVISION <br><br> JUDGE <br><br> MAGISTRATE JUDGE |

## CONSENT TO, AND JOINDER IN, REMOVAL

BP Products North America, Inc. and BP America, Inc., pursuant to 28 U.S.C. §1446, hereby give notice that they consent to and join in the Notice of Removal filed by Defendant Cameron International Corporation.

Dated: November 05, 2010

PENGAD-Bayonne, N. J.

B

Respectfully submitted,

*[signature]*

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:   (504) 581-7979
Facsimile:   (504) 556-4108

Paul Matthew Jones (Bar #19641)
April L. Rolen-Ogden (Bar #30698)
Stuart T. Welch (Bar #31359)
**LISKOW & LEWIS**
822 Harding Street
Lafayette, LA 70503
Telephone:   (337) 232-7424
Facsimile:   (337) 267-2399

*Attorneys for BP Exploration & Production, Inc., BP Products North America, Inc., and BP America Inc.*

Jeffrey Bossert Clark
Aditya Bamzai
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone:   (202) 879-5960
Facsimile:   (202) 879-5200

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARREL L. REED, | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| | § | SECTION " " |
| vs. | § | |
| | § | DIVISION |
| BP, PLC; BP PRODUCTS NORTH | § | |
| AMERICA, INC.; BP AMERICA, INC.; | § | JUDGE |
| HALLIBURTON ENERGY SERVICES, | § | |
| INC.; CAMERON INTERNATIONAL | § | MAGISTRATE JUDGE |
| CORPORATION f/k/a COOPER | § | |
| CAMERON CORPORATION; | § | |
| WEATHERFORD INTERNATIONL, | § | |
| INC.. AND/OR WEATHERFORD | § | |
| INTERNATIONAL, LTD; ANADARKO | § | |
| PETROLEUM CO., LTD, CORP.; | § | |
| MOEX OFFSHORE --2007 LLC; | § | |
| ART CATERING, INC., | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO REMOVAL OF HALLIBURTON ENERGY SERVICES, INC.

Halliburton Energy Services, Inc., pursuant to 28 U.S.C. §1446, hereby gives notice that it consents to the Notice of Removal filed by Defendant Cameron International Corporation.

Dated: October 26, 2010

By: /s/ Floyd R. Hartley, Jr.
Donald E. Godwin
Bruce W. Bowman, Jr.
Jenny Martinez
Floyd R. Hartley, Jr.
Godwin Ronquillo PC
1201 Elm Street, Suite 1700
Dallas, TX 75270-2041
(214) 939-4400
(214) 760-7332 (fax)

R. Alan York
Godwin Ronquillo PC
1331 Lamar, Suite 1665
Houston, TX 77010
(713) 595-8300
(713) 425-7594 (fax)

ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARREL L. REED, | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| | § | SECTION " " |
| vs. | § | |
| | § | DIVISION |
| BP, PLC; BP PRODUCTS NORTH | § | |
| AMERICA, INC.; BP AMERICA, INC.; | § | JUDGE |
| HALLIBURTON ENERGY SERVICES, | § | |
| INC.; CAMERON INTERNATIONAL | § | MAGISTRATE JUDGE |
| CORPORATION f/k/a COOPER | § | |
| CAMERON CORPORATION; | § | |
| WEATHERFORD INTERNATIONAL, | § | |
| INC. AND/OR WEATHERFORD | § | |
| INTERNATIONAL, LTD; ANADARKO | § | |
| PETROLEUM CO., LTD, CORP.; | § | |
| MOEX OFFSHORE – 2007 LLC; | § | |
| ART CATERING, INC., | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO REMOVAL OF DEFENDANTS, ANADARKO PETROLEUM CORPORATION AND MOEX OFFSHORE 2007 LLC

Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC, pursuant to 28 U.S.C. §1446, hereby give notice that they consent to and join in the Notice of Removal filed by Defendant, Cameron International Corporation.

Dated: October ___, 2010.

                               Respectfully submitted,

                               /s/ Deborah D. Kuchler
                               Deborah D. Kuchler, T.A. (La. Bar No. 17013)
                               Janika D. Polk (La. Bar No. 27608)
                               Robert E. Guidry (La. Bar No. 28064)
                               **KUCHLER POLK SCHELL**
                               **WEINER & RICHESON, LLC**
                               1615 Poydras Street, Suite 1300
                               New Orleans, Louisiana 70112
                               Telephone: (504) 592-0691
                               Facsimile: (504) 592-0696

                               **ATTORNEYS FOR ANADARKO**
                               **PETROLEUM CORPORATION AND**
                               **MOEX OFFSHORE 2007 LLC**

Of Counsel:

James J. Dragna
(Jim.Dragna@bingham.com)
**Bingham McCutchen**
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone: (213) 680-6436
Facsimile: (213) 680-8636

Ky E. Kirby
(Ky.Kirby@bingham.com)
Michael B. Wigmore
(Michael.Wigmore@bingham.com)
Warren Anthony Fitch
(Tony.Fitch@bingham.com)
**Bingham McCutchen**
2020 K Street, NW
Washington, DC 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARREL L. REED, | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| | § | SECTION " " |
| vs. | § | |
| | § | DIVISION |
| BP, PLC; BP PRODUCTS NORTH | § | |
| AMERICA, INC.; BP AMERICA, INC.; | § | JUDGE |
| HALLIBURTON ENERGY SERVICES, | § | |
| INC.; CAMERON INTERNATIONAL | § | MAGISTRATE JUDGE |
| CORPORATION f/k/a COOPER | § | |
| CAMERON CORPORATION; | § | |
| WEATHERFORD INTERNATIONL, | § | |
| INC.. AND/OR WEATHERFORD | § | |
| INTERNATIONAL, LTD; ANADARKO | § | |
| PETROLEUM CO., LTD, CORP.; | § | |
| MOEX OFFSHORE --2007 LLC; | § | |
| ART CATERING, INC., | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO, AND JOINDER IN, REMOVAL

Defendant Art Catering, Inc., pursuant to 28 U.S.C. §1446, hereby give notice that it consents to and joins in the Notice of Removal filed by Defendant Cameron International Corporation.

Dated: October 28, 2010

By: _____
Norman E. Anseman
Jones Walker
600 Jefferson Street
Suite 1600
Lafayette, Louisiana 70501
Telephone: 337-262-9000
Email: nanseman@joneswalker.com

ATTORNEYS FOR DEFENDANT ART
CATERING, INC.